UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GLENN M. HEAGERTY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 2:14-CV-00132-WCO-JCF |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT <u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>**

Pursuant to Local Rule 3.3 of the U.S. District Court for the Northern District of Georgia and Federal Rule of Civil Procedure 7.1, Defendant Experian Information Solutions, Inc. ("Experian") submits this Certificate of Interested Persons and Corporate Disclosure Statement.

**(1)** The undersigned counsel of record for Experian certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      **(a) Plaintiff:**    Glenn M. Heagerty, Jr.

      **(b) Defendants:**    Equifax Information Services, LLC

                               Experian Information Solutions, Inc.

ATI-2612724v1

        **Trans Union, LLC**

        **Ocwen Loan Servicing, LLC**

        **Ocwen Loan Servicing, Inc.**

        **Innovis Data Solutions, Inc.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> **(a) Experian's Parent Corporation, Experian plc, owns 100 percent of Experian and is publicly traded on the London Stock Exchange.**
>
> **(b) The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:**
>
>     **Vehicle Title LLC**
>
>     **Central Source LLC**
>
>     **Online Data Exchange LLC**
>
>     **New Management Services LLC**
>
>     **VantageScore Solutions LLC**
>
>     **Opt-Out Services LLC**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Experian in this proceeding:

ATI-2612724v1

**Mary Ellen Robinson**
**JONES DAY**
**1420 Peachtree Street, N.E.**
**Suite 800**
**Atlanta, GA 30309-3053**

Respectfully submitted this 21st day of July 2014.

/s Mary Ellen Robinson
JONES DAY
Mary Ellen Robinson
Georgia Bar No. 195077
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
(404) 521-3939/Telephone
(404) 581-8330/Facsimile
*Attorney for Defendant Experian Information Solutions, Inc.*

ATI-2612724v1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st Day of July 2014, I caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Glenn M. Heagerty, Jr.
2890 Willow Wisp Way
Cumming, Georgia 30040

*s/Mary Ellen Robinson*_____
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

ATI-2612724v1