IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

AUG 1 5 2014

JAMES N. HATTEN, Clerk
By Vicki Dougherty
Deputy Clerk

| | |
|---|---|
| GLENN M. HEAGERTY JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No.<br>: 2:14-CV-132-WCO-JCF |
| OCWEN LOAN SERVICING LLC, et al., | : |
| Defendants. | : |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Please take notice that Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses with prejudice this action against Defendant INNOVIS DATA SOLUTIONS INC only.

Respectfully submitted this 15th day of August, 2014,

*/s/ Glenn M. Heagerty Jr.*

Glenn M. Heagerty Jr.
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
gmhinga2470@att.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail this 15th day of August, 2014 to:

Amy L. Hanna

Baker Donelson, Bearman, Caldwell & Berkowitz

3414 Peachtree Rd. NE

Suite 1600

Atlanta, GA 30326

| | |
|---|---|
| J. Anthony Love | Amy Hulthen |
| King & Spalding, LLP | Innovis Data Solutions, Inc. |
| 1180 Peachtree St. NE | 250 E. Broad Street |
| Atlanta, GA 30309 | Columbus, OH 43215 |
| | |
| Mary Ellen Robinson | Alyson V. Blatney |
| Jones Day | Strasburger & Price, LLP |
| 1420 Peachtree St NE | 2801 Network Blvd |
| Suite 800 | Suite 600 |
| Atlanta, GA 30309 | Frisco, TX 75034 |

Glenn M. Heagerty, Jr., 2890 Willow Wisp Way, Cumming, GA 30040, (770) 406-3387, gmhinga2470@att.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GLENN M. HEAGERTY JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No.<br>: 2:14-CV-132-WCO-JCF |
| OCWEN LOAN SERVICING LLC, et al., | : |
| Defendants. | : |

NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document:

Plaintiff's NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE of Defendant INNOVIS DATA SOLUTIONS INC only. The filed document includes the Certificate of Service.

This document was not filed electronically because the Plaintiff is a pro se litigant and is required to file the original document manually per Appendix H to the Local Rules, Northern District of Georgia.

Respectfully submitted this 15th day of August, 2014,

*[signature]*

Glenn M. Heagerty Jr.
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
gmhinga2470@att.net