FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

AUG 1 9 2014

JAMES N. HATTEN, Clerk
By: Vicki Dwigans
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

GLENN M. HEAGERTY JR., :
　　　　　　　　　　　　　　　　　:
　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　:       Civil Action No.
v. :                                     2:14-CV-132-WCO-JCF
　　　　　　　　　　　　　　　　　:
OCWEN LOAN SERVICING LLC, et al., :
　　　　　　　　　　　　　　　　　:
　　　　Defendants. :

NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B) voluntarily dismisses this action against Defendant OCWEN LOAN SERVICING INC only.

Respectfully submitted this 19th day of August, 2014,

*/s/ Glenn M. Heagerty Jr.*

Glenn M. Heagerty Jr.
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
gmhinga2470@att.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that a true and correct copy of the foregoing was sent** by mail this 19th day of August, 2014 to:

Amy L. Hanna

Baker Donelson, Bearman, Caldwell & Berkowitz

3414 Peachtree Rd. NE

Suite 1600

Atlanta, GA 30326


| | |
|---|---|
| J. Anthony Love | Ocwen Loan Servicing Inc |
| King & Spalding, LLP | 1661 Worthington Road |
| 1180 Peachtree St. NE | Ste 100 |
| Atlanta, GA 30309 | West Palm Beach, FL 33409 |
| | |
| Mary Ellen Robinson | Alyson V. Blatney |
| Jones Day | Strasburger & Price, LLP |
| 1420 Peachtree St NE | 2801 Network Blvd |
| Suite 800 | Suite 600 |
| Atlanta, GA 30309 | Frisco, TX 75034 |

Glenn M. Heagerty, Jr., 2890 Willow Wisp Way, Cumming, GA 30040, (770) 406-3387, gmhinga2470@att.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GLENN M. HEAGERTY JR., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:14-CV-132-WCO-JCF |
| : | |
| OCWEN LOAN SERVICING LLC, et al., : | |
| : | |
| Defendants. : | |

NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document:

Plaintiff's NOTICE OF VOLUNTARY DISMISSAL of Defendant OCWEN LOAN SERVICING INC only. The filed document includes the Certificate of Service.

This document was not filed electronically because the Plaintiff is a pro se litigant and is required to file the original document manually per Appendix H to the Local Rules, Northern District of Georgia.

Respectfully submitted this 19th day of August, 2014,

Glenn M. Heagerty Jr.
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
gmhinga2470@att.net