IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

AUG 1 9 2014

JAMES N. HATTEN, Clerk
By Vicki Dougherty
Deputy Clerk

GLENN M. HEAGERTY JR.,

    Plaintiff,

v.

OCWEN LOAN SERVICING LLC, et al.,

    Defendants.

Civil Action No.
2:14-CV-132-WCO-JCF

NOTICE OF FAILURE TO SERVE DOCUMENTS
AND
NOTICE OF FAILURE TO FILE DOCUMENTS

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure, and the Pretrial Instructions Package, Defendant EXPERIAN INFORMATION SOLUTIONS INC(herinafter "EXP") has failed to serve on Plaintiff its answer to this action and has not filed the proper certificates of service with respect to the documents it filed with the court July 21, 2014.

On July 31, 2014 Plaintiff received by first class mail, in an envelope postmarked July 29, 2014, the following documents:

1. AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. - described as an answer to an amended complaint and dated July 21st, 2014.

2. CERTIFICATE OF SERVICE - stating that Plaintiff would be notified electronically of the filing of the foregoing and dated July 21st, 2014.

3. CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT - dated July 21st, 2014.

4. CERTIFICATE OF SERVICE - stating that Plaintiff would be notified electronically of the filing of the foregoing and dated July 21st, 2014.

Plaintiff, a Pro Se litigant, is not registered with the CM/ECF system and as a non-registered party is required to be served manually per the Federal Rules of Civil Procedure, the Local Rules, and the Pretrial Instructions Package. Plaintiff has not amended his complaint and has not been served an answer to the complaint by Defendant EXP.

Plaintiff requests court to direct Defendant EXP to file a corrected answer to the complaint, Defendant EXP execute proper service of answer on Plaintiff, Defendant EXP file the proper certificate of service for the answer, and Defendant EXP file the proper certificates of service for the documents it filed on July 21, 2014. Plaintiff, in addition, requests court extend the deadline for the filing of the Joint Preliminary Report and Discovery Plan. Plaintiff also requests court to take any additional action that it deems just and proper.

Respectfully submitted this 19th day of August, 2014,

Glenn M. Heagerty Jr.
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
gmhinga2470@att.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail this 19th day of August, 2014 to:

Amy L. Hanna

Baker Donelson, Bearman, Caldwell & Berkowitz

3414 Peachtree Rd. NE

Suite 1600

Atlanta, GA 30326


J. Anthony Love

King & Spalding, LLP

1180 Peachtree St. NE

Atlanta, GA 30309


Mary Ellen Robinson

Jones Day

1420 Peachtree St NE

Suite 800

Atlanta, GA 30309

Alyson V. Blatney

Strasburger & Price, LLP

2801 Network Blvd

Suite 600

Frisco, TX 75034

Glenn M. Heagerty, Jr., 2890 Willow Wisp Way, Cumming, GA 30040, (770) 406-3387, gmhinga2470@att.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

GLENN M. HEAGERTY JR., :
:
    Plaintiff, :
: Civil Action No.
v. : 2:14-CV-132-WCO-JCF
:
OCWEN LOAN SERVICING LLC, et al., :
:
    Defendants. :

NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document:

Plaintiff's NOTICE OF FAILURE TO SERVE DOCUMENTS AND NOTICE OF FAILURE TO FILE DOCUMENTS. The filed document includes the Certificate of Service.

This document was not filed electronically because the Plaintiff is a pro se litigant and is required to file the original document manually per Appendix H to the Local Rules, Northern District of Georgia.

Respectfully submitted this 19th day of August, 2014,

*/s/ Glenn M. Heagerty Jr.*
Glenn M. Heagerty Jr.
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
gmhinga2470@att.net