IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Gainesville Division

GLENN M. HEAGERTY, JR.,

           Plaintiff,

v.

OCWEN LOAN SERVICING LLC,
OCWEN LOAN SERVICING INC.,
EQUIFAX INFORMATION SERVICES,
EXPERIAN INFORMATION
SOLUTIONS, INC., INNOVIS DATA
SOLUTIONS INC., and TRANS UNION
LLC,

           Defendants.

Civil No. 2:14-cv-00132-WCO-JCF

**DEFENDANT TRANS UNION LLC'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Trans Union LLC ("Trans Union") hereby sets forth the following:

1.    The undersigned Counsel of Record for a party to this action certifies that the following is a full and complete list of all parties in this action, including, pursuant to Fed. R. Civ. P. 7.1, any parent corporation and publicly held corporation that owns 10% or more of stock in Trans Union:

- Glenn M. Heagerty, Jr., Plaintiff
- Trans Union LLC, Defendant
- Equifax Information Services, LLC

- 1 -

- Experian Information Solutions, Inc.

- Ocwen Loan Servicing, LLC

- Ocwen Loan Servicing, Inc.

- Innovis Data Solutions Inc.

Parent Companies: Trans Union LLC is wholly owned by TransUnion Corp., which is wholly owned by TransUnion Holding Company, Inc. TransUnion Holding Company, Inc., is jointly owned by a number of non-public funds affiliated with Advent International Corp. and GS Capital Partners. GS Capital Partners is an affiliate of Goldman Sachs Group, Inc., a publicly traded entity.

No public company owns 10 percent or more of the stock in Trans Union LLC.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Glenn M. Heagerty, Jr., Plaintiff

- Trans Union LLC, Defendant

- Equifax Information Services, LLC, Defendant

- Experian Information Solutions, Inc., Defendant

- Ocwen Loan Servicing, LLCm Defendant

- Ocwen Loan Servicing, Inc., Defendant

- Innovis Data Solutions Inc., Defendant

3. The undersigned further certifies that the following is a full and complete list of all persons serving as a lawyer in this proceeding:

Alex M. Barfield
abarfield@hptylaw.com
Georgia Bar No. 037147
Hawkins Parnell Thackston & Young LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308-3243
(404) 614-7400
(404) 614-7500 Fax
*Counsel for Trans Union LLC*

Mary Ellen Robinson
merobinson@jonesday.com
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
(404) 581-8360
*Counsel for Experian*

Amy Lucy Hanna
ahanna@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Suite 1600, Monarch Plaza
3414 Peachtree Street, NE
Atlanta, GA 30326
(404) 221-6507
(404) 221-6501 Fax
*Counsel for Ocwen Loan Servicing LLC*

Dated: August 20th, 2014

Respectfully submitted,

*/s/ Alex M. Barfield*
ALEX M. BARFIELD
abarfield@hptylaw.com
Georgia Bar No. 037147
**HAWKINS PARNELL**
   **THACKSTON & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
(404) 614-7400
(404) 614-7500 Fax

***Counsel for Trans Union LLC***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Gainesville Division

| | |
|---|---|
| GLENN M. HEAGERTY, JR., | |
| Plaintiff, | |
| v. | |
| OCWEN LOAN SERVICING LLC, OCWEN LOAN SERVICING INC., EQUIFAX INFORMATION SERVICES, EXPERIAN INFORMATION SOLUTIONS, INC., INNOVIS DATA SOLUTIONS INC., and TRANS UNION LLC, | Civil No. 2:14-cv-00132-WCO-JCF |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

| | |
|---|---|
| Mary Ellen Robinson<br>merobinson@jonesday.com<br>Jones Day<br>1420 Peachtree Street, NE<br>Suite 800<br>Atlanta, GA 30309<br>(404) 581-8360<br>*Counsel for Experian Information Solutions Inc.* | Amy Lucy Hanna<br>ahanna@bakerdonelson.com<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.-Atl<br>Suite 1600, Monarch Plaza<br>3414 Peachtree Street, NE<br>Atlanta, GA 30326<br>(404) 221-6507<br>(404) 221-6501 Fax<br>*Counsel for Ocwen Loan Servicing LLC* |

5

I further certify that I will cause a copy of the foregoing Pleading and corresponding NEF by electronic mail on the following non-filing user:

Glenn M. Heagerty Jr.
Gmhinga2470@att.net
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
*Pro Se Plaintiff*

/s/ Alex M. Barfield
ALEX M. BARFIELD
Georgia Bar No. 037147
abarfield@hptylaw.com

6