IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| GLENN M. HEAGERTY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 2:14-CV-00132-WCO-JCF |
| | ) | |
| OCWEN LOAN SERVICING LLC, | ) | |
| OCWEN LOAN SERVICING INC., | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS INC., | ) | |
| INNOVIS DATA SOLUTIONS INC., | ) | |
| AND TRANS UNION LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:  Glenn M. Heagerty, Jr.

Defendant Equifax Information Services LLC:  Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc.  Equifax Inc. is a publicly traded company on the New York Stock Exchange.  No other entity owns

10% or more of Equifax Information Services LLC's stock.

    Defendant Ocwen Loan Servicing LLC

    Defendant Ocwen Loan Servicing Inc.

    Defendant Experian Information Solutions Inc.

    Defendant Innovis Data Solutions Inc.

    Defendant Trans Union LLC

    Defendant Experian Information Solutions, LLC

    (2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    Defendant Equifax Information Services LLC:  Equifax Inc., which is the sole parent of Equifax Information Services LLC, and is traded on the NYSE.

    (3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    Defendant Equifax Information Services LLC:  Barry Goheen, J. Lewis P. Perling, Brian J. Olson, King & Spalding LLP

    Defendant Ocwen Loan Servicing LLC: Amy Lucy Hanna.

    Defendant Ocwen Loan Servicing Inc.

    Defendant Experian Information Solutions Inc.: Mary Ellen Robinson, Jones Day

Defendant Innovis Data Solutions Inc.

Defendant Trans Union LLC: Alex Michael Barfield.


Dated:  August 20, 2014.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KING & SPALDING LLP

　　　　　　　　　　　　　　　　　　By:   /s/ *Brian J. Olson*
　　　　　　　　　　　　　　　　　　Barry Goheen (Ga. Bar No. 299203)
　　　　　　　　　　　　　　　　　　J. Anthony Love (Ga. Bar No. 459155)
　　　　　　　　　　　　　　　　　　Brian J. Olson (Ga. Bar No. 553054)
　　　　　　　　　　　　　　　　　　1180 Peachtree Street N.E.
　　　　　　　　　　　　　　　　　　Atlanta, Georgia  30309-3521
　　　　　　　　　　　　　　　　　　Tel:  (404) 572-4600
　　　　　　　　　　　　　　　　　　Fax:  (404) 572-5100
　　　　　　　　　　　　　　　　　　Email:  bgoheen@kslaw.com
　　　　　　　　　　　　　　　　　　Email:  lperling@kslaw.com
　　　　　　　　　　　　　　　　　　Email: bjolson@kslaw.com
　　　　　　　　　　　　　　　　　　*Attorneys for Equifax Information Services LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this Answer and that it has been formatted in compliance with Local Rule 5.4.

This 20th day of August, 2014.

/s/ *Brian J. Olson*
Brian J. Olson

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2014, I electronically filed DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Glenn M. Heagerty, Jr.
2890 Willow Wisp Way
Cumming, GA 30040

Alex Michael Barfield
Hawkins Parnell Thackston & Young, LLP – GA
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3201

Mary Ellen Robinson
Jones Day-Atlanta
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053

Amy Lucy Hanna
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. – Atl.
Suite 1600, Monarch Plaza
3414 Peachtree Street, N.E.
Atlanta, GA 30326

        /s/ *Brian J. Olson*
Georgia Bar No. 553054
Attorney for Equifax Information
Services LLC