IN THE UNITED STATES DISTRICT COURT
FORT HE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| GLENN M. HEAGERTY, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION CASE NO.: |
| | : | 2:14-CV-132-WCO-JCF |
| OCWEN LOAN SERVICING, LL, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff has filed a Notice of Failure to Serve Documents and Notice of Failure to File Documents (Doc. 13). In his notice, Plaintiff contends that Defendant Experian Information Solutions, Inc. has failed to serve documents on him. In particular, because Experian filed an "Amended Answer and Affirmative Defenses of Defendant Experian Information Solutions, Inc." (Doc. 6), that somehow Experian failed to serve him with its original Answer. It appears that in filing the "Notice" Plaintiff failed to account for the possibility that the use of the word "Amended" in the document filed on July 21, 2014 was a mistake. The "Amended Answer" (Doc. 6) is the operative Answer for Experian Information Solutions, Inc. in this matter.

In his notice, Plaintiff also seeks additional time for the parties to submit their Joint Preliminary Report and Discovery Plan. It is hereby **ORDERED** that

Plaintiff's request is **GRANTED**.  A Preliminary Report and Discovery Plan as required by FED. R. CIV. P. 16 and 26 and LR 16.2, NDGa. and the Initial Disclosures pursuant to FED.R.CIV.P. 26 and LR 26.1, NDGa. **are due no later than September 19, 2014**.  It is further **ORDERED** that Plaintiff file a Certificate of Interested Persons as required by LR 3.3, NDGa. **within seven days from the date of entry of this Order, or no later than August 29, 2014**.  The failure to obey a lawful Order of this Court could result in the imposition of sanctions including a recommendation that the complaint be dismissed.

    **SO ORDERED** this 20th day of August, 2014.

                                                                      /s/  *J. CLAY FULLER*
                                                                      J. CLAY FULLER
                                                                      United States Magistrate Judge