FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

AUG 22 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GLENN M. HEAGERTY JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No.<br>: 2:14-CV-132-WCO-JCF |
| OCWEN LOAN SERVICING LLC, et al., | : |
| Defendants. | : |

**PLAINTIFF GLENN M. HEAGERTY JR.'s CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Plaintiff hereby sets forth the following:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Glenn M. Heagerty, Jr., Plaintiff Pro Se

Ocwen Loan Servicing LLC

Ocwen Loan Servicing Inc  - has been voluntarily dismissed from complaint

Equifax Information Services LLC

Experian Information Solutions Inc

Trans Union LLC

Innovis Data Solutions Inc – has been voluntarily dismissed with prejudice from complaint

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Glenn M. Heagerty, Jr., Plaintiff Pro Se

Ocwen Loan Servicing LLC

Ocwen Loan Servicing Inc  - has been voluntarily dismissed from complaint

Equifax Information Services LLC

Experian Information Solutions Inc

Trans Union LLC

Innovis Data Solutions Inc – has been voluntarily dismissed with prejudice from complaint

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Experian Information Solutions Inc – Mary Ellen Robinson, Jones Day

Trans Union LLC – Alex M. Barfield, Hawkins Parnell Thackston & Young LLP


Respectfully submitted this 22nd day of August, 2014,

Glenn M. Heagerty Jr.

2890 Willow Wisp Way

Cumming, GA 30040


(770) 406-3387

gmhinga2470@att.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail this 22nd day of August, 2014 to:

Amy L. Hanna

Baker Donelson, Bearman, Caldwell & Berkowitz

3414 Peachtree Rd. NE

Suite 1600

Atlanta, GA 30326


J. Anthony Love

King & Spalding, LLP

1180 Peachtree St. NE

Atlanta, GA 30309


| Mary Ellen Robinson | Alex M. Barfield |
| --- | --- |
| Jones Day | Hawkins Parnell Thackston & Young, LLP |
| 1420 Peachtree St NE | 4000 SunTrust Plaza |
| Suite 800 | 303 Peachtree Street, NE |
| Atlanta, GA 30309 | Atlanta, GA, 30308 |

Glenn M. Heagerty, Jr., 2890 Willow Wisp Way, Cumming, GA 30040, (770) 406-3387, gmhinga2470@att.net