FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

DEC 03 2014

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GLENN M. HEAGERTY JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 2:14-CV-132-WCO-JCF |
| OCWEN LOAN SERVICING LLC, et al., | : |
| Defendants. | : |

### NOTICE OF PLAINTIFF'S RECEIPT OF DEFENDANT OCWEN LOAN SERVICING LLC's MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Plaintiff, GLENN M. HEAGERTY JR., to request the court to take notice that Plaintiff received in the mail on December 2, 2014, sometime between 2:00 and 4:00PM, Defendant Ocwen Loan Servicing LLC's motion to dismiss Plaintiff's amended complaint. The envelope is postmarked November 26, 2014 with ZIP Code 30301 instead of ZIP Code 30326 that is given in the address of Defendant's counsel.

The Plaintiff requests the court to take notice of this date of receipt and set the due date for the Plaintiff to file his response to December 16, 2014 or later in order to prepare a proper objection.

Respectfully submitted this 3rd day of December, 2014,

Glenn M. Heagerty Jr.
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
gmhinga2470@att.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail this 3rd day of December, 2014 to:

Amy L. Hanna, Baker Donelson, Bearman, Caldwell & Berkowitz

3414 Peachtree Rd. NE, Suite 1600

Atlanta, GA 30326


J. Anthony Love, King & Spalding, LLP

1180 Peachtree St. NE

Atlanta, GA 30309


Mary Ellen Robinson, Jones Day

1420 Peachtree St NE, Suite 800

Atlanta, GA 30309

Alex M. Barfield, Hawkins Parnell Thackston & Young, LLP

4000 SunTrust Plaza

303 Peachtree Street, NE

Atlanta, GA, 30308


*/s/ Glenn M. Heagerty*

Glenn M. Heagerty, Jr.

2890 Willow Wisp Way

Cumming, GA 30040

(770) 406-3387

gmhinga2470@att.net