FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUL - 6 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| GLENN M. HEAGERTY JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 2:14-CV-132-WCO-JCF |
| | : | |
| OCWEN LOAN SERVICING LLC, et al., | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF NEGOTIATED SETTLEMENT, WITHDRAWAL OF DISCOVERY REQUESTS, AND WAIVER OF SERVICE

COMES NOW Plaintiff Glenn M. Heagerty, Jr. and Defendant Experian Information Solutions, Inc.(hereinafter "Experian") to notice the Court that Plaintiff and Experian(hereinafter the "Parties") have negotiated in good faith a settlement of Plaintiff's claims or causes of action against Experian only, which were or could have been the subject matter of this lawsuit.

In order to save both parties time and expenses, to allow the Parties to focus on the drafting of the confidential settlement and release agreement and other necessary documents for filing a stipulated dismissal with prejudice of Experian only, and to address the approaching deadline of the limited discovery period, the Parties have stipulated the following:

1) The Parties have withdrawn the requests for discovery served on each other

2) Experian waives service of filings Plaintiff makes with respect to Defendant Equifax or the order dismissing Defendant Ocwen Loan Servicing, LLC from the case

Respectfully submitted this 6th day of July, 2015,

*[signature]*

Glenn M. Heagerty Jr.
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
gmhinga2470@att.net


_s/Mary Ellen Robinson_____
Mary Ellen Robinson
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
(404) 581-8360
merobinson@jonesday.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail this 6th day of July, 2015 to:

J. Anthony Love

King & Spalding, LLP

1180 Peachtree St. NE

Atlanta, GA 30309

| | |
|---|---|
| Mary Ellen Robinson | Alyson V. Blatney |
| Jones Day | Strasburger & Price, LLP |
| 1420 Peachtree St NE | 2801 Network Blvd |
| Suite 800 | Suite 600 |
| Atlanta, GA 30309 | Frisco, TX 75034 |

Glenn M. Heagerty, Jr.

2890 Willow Wisp Way

Cumming, GA 30040

(770) 406-3387

gmhinga2470@att.net