FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUL 14 2015

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GLENN M. HEAGERTY JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No.<br>: 2:14-CV-132-WCO-JCF |
| OCWEN LOAN SERVICING LLC, et al., | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL**

COMES NOW the Plaintiff, GLENN M. HEAGERTY JR., who hereby submits this motion for extension of time to file his notice of appeal of the Court's order [DE 66] approving and adopting the Magistrate Judge's Report and Recomendation (hereinafter "R&R") [DE 62], overruling Plaintiff's objections to the R&R [DE 64], granting Defendant Ocwen Loan Servicing, LLC's(hereinafter "Ocwen") motion to dismiss [DE 42], and dismissing with prejudice Plaintiff's claims against Ocwen.

Pursuant to FRAP 4(a)(5)(A)(ii), Plaintiff requests this extension of time to file showing good cause as follows:

1. To obtain the funds to pay the notice of appeal filing fee

2. To identify and begin to interview attorneys interested in and competent to assist or

represent Plaintiff in the appeal

3. To allow Plaintiff, proceeding pro se without support staff, time to finalize settlement of his claims against Defendants Equifax Information Services, LLC(hereinafter "Equifax") or Experian Information Solutions, Inc.(hereinafter "Experian") in the present action

4. To allow Plaintiff extra time to prepare a proper notice of appeal

Plaintiff has conferred with counsel for Equifax and counsel for Experian. Neither objected to this motion. Also, counsel for Equifax and counsel for Experian have waived service of this motion.

Respectfully submitted this 14th day of July, 2015,

_____

Glenn M. Heagerty Jr.
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
gmhinga2470@att.net