# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| GLENN M. HEAGERTY JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:14-CV-132-WCO-JCF |
| ) | |
| OCWEN LOAN SERVICING LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Equifax Information Services LLC ("Equifax") hereby notifies the Court that Plaintiff Glenn M. Heagerty, Jr. and Defendant Equifax settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 26th day of August, 2015.

KING & SPALDING LLP

By:   /s/ *Brian J. Olson*
Barry Goheen (Ga. Bar No. 299203)
J. Anthony Love (Ga. Bar No. 459155)
Meryl Roper (Ga. Bar No. 238919)
Brian J. Olson (Ga. Bar No. 553054)

1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email: bgoheen@kslaw.com
Email: tlove@kslaw.com
Email: mroper@kslaw.com
Email: bjolson@kslaw.com
*Attorneys for Equifax Information Services LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

This 26th day of August, 2015.

                                                /s/ Brian J. Olson
                                                Brian J. Olson

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Glenn M. Heagerty, Jr.
2890 Willow Wisp Way
Cumming, GA 30040

Mary Ellen Robinson
Jones Day-Atlanta
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053

/s/ *Brian J. Olson*
Brian J. Olson
Attorney for Equifax Information Services LLC