FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP 14 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Gainesville Division

GLENN M. HEAGERTY, JR.,

        Plaintiff,

v.

OCWEN LOAN SERVICING LLC,
OCWEN LOAN SERVICING INC.,
EQUIFAX INFORMATION SERVICES,
EXPERIAN INFORMATION
SOLUTIONS, INC., INNOVIS DATA
SOLUTIONS INC., and TRANS UNION
LLC,

        Defendants.

Civil No. 2:14-cv-00132-WCO-JCF

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE O'KELLY:

Plaintiff Glenn M. Heagerty, Jr. and Defendant Experian Information Solutions, Inc. file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Glenn M. Heagerty, Jr. and Experian Information Solutions, Inc. to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Experian Information Solutions, Inc. only, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

*[signature]*

**GLENN M. HEAGERTY JR.**
Gmhinga2470@att.net
2890 Willow Wisp Way
Cumming, GA 30040
(770) 406-3387
*Pro Se Plaintiff*


/s/Mary Ellen Robinson

**Mary Ellen Robinson**
merobinson@jonesday.com
Jones Day
Peachtree Street, NE
Suite 800
Atlanta, GA 30309
(404) 581-8360
**Counsel for Experian Information Solutions, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by mail this /4TH day of September 2015 to:

J. Anthony Love, King & Spalding, LLP

1180 Peachtree St. NE

Atlanta, GA 30309

Mary Ellen Robinson, Jones Day

1420 Peachtree St NE, Suite 800

Atlanta, GA 30309

Glenn M. Heagerty, Jr.

2890 Willow Wisp Way

Cumming, GA 30040

(770) 406-3387

gmhinga2470@att.net